tiff, and defendant appeals. Reversed, and new trial ordered. Henry L. Franklin and Matthew J. Wheelehan, for appellant. Gilbert Ray Hawes, for respondent.

PER CURIAM. After a careful consideration of the testimony, we are of the opinion that it was error to exclude the letter; and, if such letter had been admitted, a question of fact would have been presented for the determination of the jury. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

DANIEL GILMOUR DOOR CO., Respondent, v. SHOLLENBERGER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by the Daniel Gilmour Door Company against Daniel Shollenberger and another. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIS, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Benjamin D. Davis against Bessie H. Davis. No opinion. Motion granted, and appeal dismissed.

DEEBACH, Respondent, v. ROBERT GAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Lizette Deebach, as administratrix, etc., against the Robert Gair Company. No opinion. Motion denied, without costs. See, also, 127 N. Y. Supp. 984.

DEERY, Appellant, v. BYRNE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Jerome J. Deery against Elizabeth M. Byrne and others, as executors. R. J. Donovan, for appellant. F. S. Smith, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 119 App. Div. 867, 103 N. Y. Supp. 1122; 120 App. Div. 6, 104 N. Y. Supp. 836.

DEMPSEY, Appellant, v. GUILES et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Michael J. Dempsey, as administrator of Bridget M. Dempsey, deceased, against John L. Guiles and others. No opinion. Reargument ordered.

DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Appellant, v. SMALLMAN, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the Department of Health of the City of New York against Thomas F. Smallman. No opinion. Judgment of the Municipal Court affirmed, with costs.

DE VERASTEGUI v. LEVY et al. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Alberto De Verastegui against Lucien Levy and others. No opinion. Judgment affirmed, with costs.

DEXTER & N. R. CO., Appellant, v. FOSTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by the Dexter & Northern Railroad Company against Luther I. Foster and others. For former opinion, see 126 N. Y. Supp. 835.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted, and question for review certified.

DICK, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court. Appellate Division, Second Department. April 21, 1911.) Action by Morris Dick against the Long Island Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 138 App. Div. 924, 123 N. Y. Supp. 1114.

DIGBY, Appellant, v. ALDINGER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by George Digby against Ernest H. Aldinger. No opinion. Judgment and order affirmed, with costs. See, also, 69 Misc. Rep. 557, 125 N. Y. Supp. 495.

In re DOBSON et al. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) In the matter of the petition of Frank Dobson and others to remove from office Joseph M. Donnelly, Town Clerk of the Town of Greece, Monroe County.

PER CURIAM. Report of referee confirmed, and the said Joseph M. Donnelly removed from his office as town clerk, and the town board of auditors directed to audit and pay the referee's fees and other disbursements of petitioners, and have recourse therefor to said Joseph M. Donnelly. See, also, 127 N. Y. Supp. 1118.

DOHERTY, Respondent, v. ENGLE, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Charles J. Doherty, as trustee, against David S. Engle. F. X. Donoghue, for appellant. P. M. Crandall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DONLON et al., Respondents, v. DONLON, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Stephen J. Donlon and others against Stephen A. Donlon. No opinion. Order affirmed on reargument, with $10 costs and disbursements.

DOSCHER et al. v. LAUER et al. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Henry Doscher and others, as executors, etc., and Gesine Engel, as executrix, etc., against Edward W. Lauer and others. No opinion. Order affirmed on argument, with $10 costs and disbursements.